| Date | No. | Description |
|---|---|---|
| 2/3/69 | 1 | Filed motion of IBM for consolidated pretrial proceedings in one U.S. district court. |
| 2/10/69 | 2 | Filed letter/motion for extension of time to file reaponses to motion by defendant IBM for consolidated pretrial proceedings. (from plaintiff Data Processing Finanaial & General Corp.) |
| 2/10/69 | 3 | Filed letter/motion of plaintiff Control Data Corp. for extension of time to file response to motion by defendant IBM for consolidated pretrial proceedings. |
| 2/11/69 | | Filed ORDER EXTENDING TIME for responding to motion to transfer until February 21, 1969 |
| 2/24/69 | 4 | Filed RESPONSE BY DATA PROCESSING FINANCIAL & GENERAL CORP. to motion by International Business Machines Motion for Consolidated Pretrial Proceedings (brief in support of - Averments of DPF&G Exhibit 1 - and Affidavit of Service) |
| 2/25/69 | 5 | Filed Response and Brief of Control Data Corp. opposing IBM's motion for consolidated pretrial proceedings. |
| 2/28/69 | 6 | Filed reply brief of plaintiffs in support of IBM's Motion for consolidation. |
| 3/4/69 | | Filed HEARING ORDER for March 31, 1969 in New York City. |
| 3/13/69 | | Mailed Notice of Hearing to Counsel. |
| 4/30/69 | 7 | Rec/d ltr fr Applied Data Research, Inc. advising of case filed in N.Y. S. and requesting hearing before Panel to oppose motion of IBM for consolidati |
| 4/30/69 | 8 | Rec'd ltr fr. defendant IBM dtd. 4/25/69 advising of intention to move consoli dation of Applied Data case if consolidation is granted. |
| 5/1/69 | 9 | Recd ltr. fr. plaintiff Applied Data Research, Inc. replying to allegations of 4/25 ltr. fr. Defendant IBM. (Ltr. dtd. 4/30/69) |
| 5/2/69 | | Entered ORDER FOR HEARING in Denver, Colorado on May 23, 1969 |
| 5/16/69 | 10 | Filed ltr fr counsel for DPF&GC urging decision of Panel not be deferred pending further hearing. |
| 5/20/69 | 11 | Filed Control Data Corp.'s Supplementary Memo in Opposition to IBM'S Motion for Consolidated Pretrial yorceedings. |
| 5/20/69 | 12 | Filed IBM"s Supplemental Brief in Support of Motion Under 28 U.S.C. for consolidated Pretrial porceedings. |
| 5/21/69 | 13 | Filed Applied Data Research, Inc.'s Memorandum in Opposition to IBM's motion for transfer for consolidated pretrial proceedings. |
| 5/23/59 | 14 | Filed Notice (with supporting averments) of IBM's Motion with respect to the action brought by Pragrammatics Inc. |
| 6/18/69 | 15 | Filed ltr fr counsel for def. IBM advising of further developments in Programmatics Case (dtd. 6/6/69) |
| 7/31/69 | | Filed Consent of transferee court signed by Edward Devitt |
| 7/31/69 | | Filed Opinion and Order (author, Lord III) transferred three cases to District of Minnesota assigned to Judge Neville. |

DOCKET NO. 18 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION
INVOLVING INTERNATIONAL BUSINESS MACHINES CORP.

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11/20/69 | Filed Notice of IBM's Motion with respect to the Action brought by Greyhound Computer Corp (Ill., N., No. 69 C 2390); Brief in Support of IBM's Motion; Copy of Complaint; and Affidavit of Service. | |
| 11/26/69 | Filed Notice (w/Supporting Averments) of Programmatics' Motion for Reconsideration and Clafication of Panel's Order of July 31, 1969 relating to transfer of Programmatics | |
| 11/26/69 | Filed HEARING ORDER setting for 12/8 in Philadelphia (cc to Judges & Rptr.) | |
| 11/26/69 | Mailed NOTICE OF HEARING to Counsel | |
| 11/28/69 | Filed Response of Greyhound Computer Corp. to Motion of IBM in Greyhound Computer Corp. v. IBM (Ill., N., No. 69C 2390) | |
| 11/26/69 | Filed ltr/ of defendant IBM. (see claim) | |
| 12/9/69 | Filed ORDER DENYING Motion of Programmatics for Reconsideration and Clarification of July 31 opinion and order. | |
| 12/9/69 | Filed ltr advising Greyhound Computer Case had been remanded to Circuit Court of Kane County, 16th Jud. Distr. of Ill. | |
| 12/18/69 | Filed ORDER denying motion to transfer Greyhound ComputerCase fr Ill., N. to Minn. on basis of remand to Circuit Court of Kane Cty. | |
| 5/1/70 | HOWARD S. LEVIN V. IBM CORP. & LEVIN-TOWNSEND COMPUTER CORP., S.D. N.Y., No. 70 Civ 1654. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 5/11/70 | Filed NOTICE OF OPPOSITION TO CTO in Levin b. IBM, S.D. N.Y., No. 70 Civ 1654 | |
| 5/11/70 | Filed ORDER STAYING EXECUTION of CTO in Levin v. IBM | |
| 5/18/70 | Motion to Vacate CTO in Levin b. IBM, S.D. N.Y., No. 70 Civ. 1654 | |
| 5/26/70 | HEARING ORDER in Levin b. IBM, S.D. N.Y---6/26/70, Wash., D.C. Copies to transferee and transferor judge | |
| 5/26/70 | Notice of Hearing to Counsel. | |
| 6/8/70 | IBM's Brief with Respect to Consolidation of Howard S. Levin | |
| 6/19/70 | COMPUTER GRAPHICS ASSOICATES, INC. V. INTERNATIONAL BUSINESS MACHINES CORP., D.C., No. 1658-70. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES | |
| 6/29/70 | Filed NOTICE OF OPPOSITION TO CTO in Computer Graphics, D.C. No. 1658-70 | |
| 7/9/70 | Motion to Vacate CTO in Computer Graphics, D.C., No. 1658-70 - also certificate of service and Exhibits | |
| 7/10/70 | Filed Opinion and Order in Howard S. Levin v. IBM & Levin-Townsend Computer Corp., S.D. N.Y., No. 70 Civ 1654, sent to transferee clerk, involved judges, all counsel, interested publishers and to Judges of the Panel. | |
| 7/20/70 | Response of Computer Graphics Asso., Inc. to Motion in Opposition to 6/19/70 CTO. | |
| 8/13/70 | FILED OPINION AND ORDER in Computer Graphics Associates, Inc., v. International Business Machines Corp., D.C., No. 1658-70. Sent to all counsel, involved judges, and transferor clerk. | |
| 9/11/70 | ORDER TO SHOW CAUSE in two Greyhound Cases (N.D. Ill., No. 70 C 1944 & 70 C 2203); copies to counsel and involved judges. | |
| 9/21/70 | Filed Control Data Corporation's response and brief with respect to the transfer of Greyhound Computer Corp.'s litigation against IBM. | |
| 9/22/70 | Filed Order granting Extension of Time by Greyhound Computer Corp., for filing and serving responses to Order to Show Cause. | |
| 9/24/70 | Answer & Brief of Greyhound Computer Corp. | |
| 12/4/69 | IBM'S MEMO IN OPPOSITION TO PROGRAMMATICS' MOTION FOR RECONSIDERATION. | |
| 19a | | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 9/24/70 | Letter of IBM In re Greyhound Case | |
| 9/24/70 | IBM's response and brief in support of Consolidation of the actions brought by Greyhound Computer Corp. | |
| 9/29/70 | HEARING ORDER - 10/22/70 in Boston, Massachusetts. | |
| 9/30/70 | NOTICE OF HEARING sent to all counsel. | |
| 11/27/70 | OPINION AND ORDER in Greyhound Computer Corp., Inc. v. IBM, N.D. Ill., No. 70C 1944 and Greyhound Computer Corp., Inc.v. IBM, N.D. Ill., No. 70C 2203 transferring cases to Minneosta and assigning them to Judge Neville. Mailed Order to all involved judges, all counsel (counsel of record), hearing clerk, transferee and transferor clerks, and to all interested publishers. | |
| 2/16/71 | MOTION FOR TRANSFER by pl. Computer Graphics Associates, Inc., et al., in D.C. Civil Action No. 1658-70 against IBM | |
| 2/24/71 | Supplemental Certificate of Service from Computer Graphics Assoc. | |
| 3/2/71 | INTERNATIONAL BUSINESS MACHINES CORPORATION V. VIP SYSTEMS, ET.AL. DISTRICT OF COLUMBIA, 828-70. CTO entered today. Sent to counsel and involved judges. | |
| 3/3/71 | ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ COMPUTER GRAPHICS ASSOC. INC. V. IBM, D.C., 1658-70. IBM's response to plaintiffs motion. | |
| 3/4/71 | COMPUTER GRAPHICS ASSOC. V. IBM, D.C. 1658-70 - Control Data's Letter Response. | |
| 3/5/71 | COMPUTER GRAPHICS ASSOC. V. IBM, D.C. 1658-70 - Entered Hearing Order Hearing Washington, D. C. 3/26/71. Sent to involved Judges, Hearing Clerk, Court Reporter and Notified Counsel. | |
| 3/17/71 | IBM v. VIP, D.C., 828-70 - Control Data's Notice of Opposition to Mar. 2, CTO. | |
| 3/17/71 | Order staying execution of (IBM v. VIP, D.C., 828-70) CTO entered Mar. 2, 1970 Notified counsel and involved judges. | |
| 4/5/71 | IBM V. VIP SYSTEMS CORP., D.C., 828-70 Control Data's Motion in Opposition to 3/2/71 CTO. | |
| 4/7/71 | DATA RESEARCH CORP., V. IBM, S.D.N.Y., 71 Civ. 1451 CTO entered today. Sent to counsel and involved judges. | |
| 4/15/71 | COMPUTER GRAPHICS ASSOCIATES V. IBM, D.C. 1658-70 Order entered denying transfer to Minn. Sent to counsel. Notified Judges. | |
| 4/20/71 | DATA RESEARCH CORP. V. IBM, S.D.N.Y., 71 Civ. 1451 Notice of Opposition from Control Data Corporation. Order entered staying execution of the 4/7/71 CTO. Notified Counsel and involved judges. | |
| 4/21/71 | INTERNATIONAL BUSINESS MACHINES CORP. V. VIP SYSTEMS, D.C. 828-70 HEARING ORDER entered setting May 26, 1971 Washington, D. C. | |
| 4/23/71 | DATA RESEARCH CORP. V. IBM., S.D.N.Y., 71 Civ. 1451 Hearing Order entered setting May 26, 1971, Washington, D.C. | |
| 4/23/71 | DATA RESEARCH CORP. V. IBM., S.D.N.Y., 71 Civ. 1451 Notice of Opposition to 4/7/71 CTO filed from plaintiff Notified Service Attorneys | |

| Date | Pleading Number | |
|---|---|---|
| 5/5/71 | | DATA RESEARCH CORP. V. IBM, S.D.N.Y., 71 Civ. 1451 |
| | | Request for extension to May 11, 1971 to file and serve response to opposition to 4/7/71 CTO. Entered order extending Data Research time to serve and file supporting papers to and including May 11, 1971. Notified counsel. |
| 5/6/71 | 38a | ~~CONTROL DATA CORP. V. XXXXIBM~~ DATA RESEARCH V. IBM, S.D.N.Y. 71 Civ. 1451 |
| | | Motion and Brief from Control Data Corporation w/Affidavit of Service |
| 5/11/71 | 39 | DATA RESEARCH CORP. V. IBM, S.D.N.Y. 1451 |
| | | Motion and Brief to vacate CTO entered 4/7/71 from Data Research |
| 5/21/71 | 40 | DATA RESEARCH CORP. V. IBM, S.D.N.Y., 1451 |
| | | ~~XXXXXXXXXXXXXXX XXXXXXXXXXXXXXXX~~ IBM V. VIP, D.D.C., 828-70 |
| | | BRIEF AND RESPONSE to consolidate actions under §1407 |
| 5/26/71 | 41 | (FILED IN OPEN COURT) Data Research Corp. v. IBM, S.D.N.Y., 71 Civ. 1451 |
| | | Reply memo of Data Research in support of motion to vacate CTO |
| 6/8/71 | 42 | IBM's letter response to Data Research's motion at the 5/26/71 hearing |
| 6/14/71 | 43 | DATA RESEARCH letter response w/attachments. |
| 6/23/71 | | DATA RESEARCH CORP V. IBM. S.D.N.Y. 71 Civ. 1451 |
| | | IBM V. VIP, District of Columbia, 828-70 |
| | | OPINION AND ORDER denying transfer. Sent to counsel, involved judges, transferor clerks, publishers. |
| 1/24/72 | 44 | TELEX CORP., ET AL. V. IBM, N.D. OKLA, 72 C 18 |
| | | Motion from plaintiff for a conditional transfer order. |
| 1/26/72 | | TELEX CORP., ET AL. V. IBM., N.D. OKLA 72 C 18 |
| | | Order to show cause. Notified judges and counsel. |
| 1/31/72 | 45 | Letter from attorneys for IBM stating agreement to transfer of the Telex action. (Barr letter) |
| 2/1/72 | | TELEX CORP., ET AL. V. IBM, N.D. OKLA 72 C 18 |
| | | HEARING ORDER entered. Set for Denver, Colorado, Feb. 25, 1972 |
| 2/1/72 | 46 | CONTROL Data letter response to (Barr ltr filed 1/31/72) stating position on Telex action. |
| 2/2/72 | 46a | TELEX CASE letter from plaintiff responding to letter from Mr Barr |
| 2/2/72 | 47 | TELEX CORP V. IBM., N.D. OKLA 72 C 18 |
| | | Supplemental certificate of service from plaintiff to motion |
| 2/4/72 | 48 | TELEX CORP. V. IBM. N.D. OKLA 72 C 18 |
| | | Letter from plaintiff's attorney with amended complaint. |
| 2/9/72 | 49 | TELEX CORP. V. IBM. N.D. OKLA 72 C 18 |
| | | Response to SCO of Control Data Corp., w/cert. of service. |
| 2/14/72 | 50 | TELEX CORP. V. IBM., N.D.OKLA 72 C 18 |
| | | Response of Greyhound Computer Corp. to OSC |
| 2/14/72 | 51 | TELEX CORP. V. IB.M, N.D. OKLA 72 C 18 |
| | | Plaintiff reply to response filed by Control Data |
| 4/19/72 | | TELEX CORP. V. IBM, N.D. OKLA 72 C-18 |
| | | OPINION AND ORDER transferring action to D.Minn. pursuant to 28 USC §1407 and assigning action to Judge Neville. |
| 4/19/92 | | TELEX CORP. V. IBM, N.D. OKLA 72 C 89 |
| | | Entered CTO. Notified counsel and involved judges. |
| 4/19/72 | 51a | TELEX CORP. V. IBM, N.D. OKLA 72 C 18 |
| | | Request from plaintiff to withdraw motion to transfer. (This request was denied in 4/19/72 O&O) |
| 4/19/72 | 52 | CONTROL DATA - letter response (Telex v. IBM, N.D. Okla. 72 C 18) joining plaintiffs request for withdrawal of motion. |
| 5/5/72 | | TELEX CORP. v. IBM, N.D. OKLA.  72 C 89 - CTO final today Notified transferee clerk, involved judges. |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/8/72 53 | TELEX CORP. V. IBM, N.D. OILA., 72-C-89<br>CONTROL DATA CORP. position letter dated May 4, 1972 | |
| 4/3/73 | TELEX CORP. V. IBM, D. Minn, 3-72-118<br>TELEX CORP. V. IBM, D. Minn. 3-72-132<br>Remand Order entered today remanding actions to the N.D. Oklahoma for trial. Notified transferee judge, transferor judge, involved counsel | |

OPINION AND ORDER OF JULY 31, 1969 CITED AT 302 F. Supp. 796 (1969)
*July 10, 1970* " " 314 F. Supp. 1253 (1970)
*Aug. 13, 1970* " " 316 F. Supp. 976 (1970)

OPINION AND ORDER November 27, 1970 Cited at 319 F. Supp. 926 (1970)
June 23, 1971 Cited at 328 F. Supp. 509

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR. 19, 1972 OPINION AND ORDER 342 F. SUPP. 200

## DESCRIPTION OF LITIGATION

*Closed*
ANTITRUST

DOCKET NO. 18 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING INTERNATIONAL BUSINESS MACHINES CORP.  (864)

* 7/31/69 assigned to Judge Neville in the Dist. of Minnesota

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | Control Data Corp., v. International Business MACHINES Corp. *dismissed 1/12/73* | 12/11/8 | Minnesota | | 3-68-312 |
| A-2 | Data Processing Financial & General Corp. v. International Business Machines Corp. | 1/3/9 | N.Y., S. | 8/7/9 3-69 Civ 157 | 69 Civ. 19 |
| B-1 ~~A-3~~ | Applied Data Research, Inc. v. IBM | 1/23/9 | N.Y., S. | 8/7/9 3-69 Civ. 158 | 69CA 1682 |
| B-2 ~~A-4~~ | Datastation of Los Angeles, Inc. v. International Business Machines Corp., et al. | | Calif., C. | Pregerson | 68-1232-HP |
| A-5 ~~A-4~~ | Programmatics, Inc. v. IBM | | N.Y., S. | 8/4/9 3-69 Civ. 159 | 69 Civ. 2185 |
| XX | Joseph Stancato d/b/a Stancato School of Accordion, et al. v. The Service Bureau Corp., et al. | NT | Calif., C. | Real | 69-1379-R |
| B-1 | Howard ... | | | | |
| B-1 | Greyhound Computer Corp. v. IBM *remanded to State* | NT 12/8 | Ill., N. | | 69 C 2390 |
| C-1 | Howard S. Levin v. International Business Machines Corp. & Levin-Townsend Computer Corp. 5/1/70 | 9/10/70 | S.D/N.Y./70 70 Civ. 1654 | | |
| C-2 | Computer Graphics Associates, Inc., v. International Business Machines Corp. *order denied 4/5/71* 6/19/70 *CTO Vacated by OSC 8/13/70* | | | Waddy | 1658-70 |
| D-1 | Greyhound Computer Corp., Inc. v. IBM *TRANS'D-IVO4D TO ARIZONA-4/5/72* | 11/27/70 | Ill., N. 70 C 1944 | Decker | 11/30/70 3-70-CIV-328 |
| D-2 | Greyhound Computer Corp., Inc. v. IBM *TRANS'D-IVO4D TO ARIZONA-4/5/72* | 11/27/70 | Ill., N. 70 C 2203 | | 11/30/70 3-70-CIV-329 |

DOCKET NO. 18

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DOCKET NO. 18 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING INTERNATIONAL BUSINESS MACHINES CORP.

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| E-1 | *Transfer denied O+O 6/23/71* IBM v. VIP Systems Corp, et. al. *3/2/71* | D.C. 828-70 *OPPOSED* | Bryant | | |
| E-2 | *Transfer denied O+O 6/23/71* Data Research Corp., et al. v. IBM *4/7/71* | S.D.N.Y. *OPPOSED* 71 Civ.1451 | | | |
| F-1 | The Telex Corp., et al. v. IBM, Inc. *Remanded* | N.D. Okla. 72 C 18 | Barrow | 4/19/72 | 3-72-119 SCO 1/26/72 |
| F-2 | The Telex Corp., et al. v. IBM, Inc. *(4/19/72) Remanded* | N.D. Okla 72 C 89 | Barrow | 5/5/72 | 3-72-132 |

*8 Transferred to Uspo*

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 18 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE ANTITRUST LITIGATION INVOLVING INTERNATIONAL BUSINESS MACHINES COP.

| No. | LEON R Good Plaintiff   app NC | Defendant |
|---|---|---|
| A-1 | John Robertson, Esq. Oppenheimer, Hodgson, Brown, Wolff & Leach W-1781 First National Bank Building St. Paul, Minnesota 55101 | IBM Frederick A. O. Schwatz, Jr., Esq. Cravath, Swaine & Moore One Chase Manhattan Plaza New York, New York  10005  NC  John French, Esq. Faegre and Benson 1260 Northwestern Bank Building Minneapolis, Minnesota  55402 |
| A-2 | Strasser, Spiegelberg, Fried & Frank 120 Broadway New York, New York  10005 | Simpson, Thacher & Bartlett One Battery Park Plaza New York, New York  10004 |
| A-3 | Pressman & Scribner 50 Broadway New York, N.Y.  10004 | Malcolm A. Hoffman, Esquire 12 East 41st Street New York, New York  10017 |
| A-3 | Morton C. Jacobs, Esquire Jacobs and Cohen 1420 Walnut Street Philadelphia, Pa.  19102 | John P. Ryan, Jr., Esquire  NC McBride, Baker, Wienke & Schlosser 110 North Wacker Street Chicago, Illinois  60606 |
| A-5 | Allan E. Cone, Esquire Friedman and Cone Suite 400, B Beverly 8730 Wilshire Boulevard Beverly Hills, Calif. 90211 | Richard C. Warmer, Esquire O'Melveny & Myers 611 W. 6th Street Los Angeles, Calif.  90017 |
| A-7 | Same counsel as A-3 above | Allen I. Saeks, Esquire Leonard, Street & Deinard 818 Farmers & Mechanics Bank Bulding 520 Marquette Avenue Minneapolis, Minnesota  55402 |
| XX | Joseph Stancato, Esq. 513 North Brand Boulevard Glendale, California | |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | | Reid, Ochsenschlager, Murphy & Hupp<br>75 South Stolp Avenue<br>Post Office Box 1264<br>Aurora, Illinois 60507<br><br>EDWARD L. FOOTE, ESQ.<br>Winston, Strawn, Smith & Patterson *app made*<br>One First National Plaza<br>Suite 5000<br>Chicago, Illinois |
| C-1 | Murray I. Furfein, Esquire<br>Goldstein, Gurfein, Shames & Hyde<br>655 Madison Avenue<br>New York, New York 10021 | IBM - Same as above (Cravath firm)<br><br>Levin-Townsend Computer Corp.<br>445 Park Avenue<br>New York, New York |
| C-2 | Helmuth Scherer, Pres.<br>Computer Graphics Associates, Inc.<br>1560 Springhill Rd.<br>McLean, Virginia 22101 | Max O. Truitt, Jr., Esquire<br>900 Seventeenth Street, N.W.<br>Washington, D.C. 20006 (for IBM) |
| D-1<br>D-2 | *Same as B-1 def.*<br>*(Reid & Winston firms)* | *Jenner & Block*<br>*135 S. LaSalle St*<br>*Chicago Ill 60603* |
| | APPLIED DATA RESEARCH AND PROGRAMMATICS<br>Edward A. Woolley<br>Law Firm of Malcolm A. Hoffman<br>12 East 41st Street<br>New York, New York 10017 | |
| E-1 | Max O. Truitt, Jr., Esq.<br>900 17th Street N.W.<br>Washington, D.C. 20006 | VIP Systems - Joseph Forer, Esq.<br>430 National Press Bldg.<br>14th and F. Sts. N.W.<br>Washington, D.C. |
| E-2 | Jerome G. Shapiro, Esq. *app*<br>Hughes, Hubbard & Reed<br>One Wall Street<br>New York, New York 10005 | Service Bureau Corporation<br>Prentice-Hall Corporation Systems, Inc.<br>1701 Pennsylvania Ave., N.W.<br>Washington, D.C. |
| F-1 | Floyd L. Walker, Esq.<br>Floyd L. Walker & Assoc., Inc.<br>405 Mayo Building<br>Tulsa, Oklahoma 74103 | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 18 - ATTORNEY SERVICE LIST

| No. | Plaintiff | Defendant |
|---|---|---|
| | CONTROL DATA CORPORATION<br><br>Leon R. Goodrich, Esquire<br>Oppenheimer, Hodgson, Brown,<br>   Wolff & Leach<br>W-1781 First National Bank Bldg.<br>St. Paul, Minnesota<br><br>GREYHOUND COMPUTER CORPORATION, INC.<br><br>Edward L. Foote, Esquire<br>Winston, Strawn, Smith &<br>   Patterson<br>One First National Plaza<br>Chicago, Illinois  60670<br><br>Robert E. Bowen, Esq.<br>Haverstock, Gray, Plant,<br>   Mooty & Anderson<br>300 Roanoke Building<br>Minneapolis, Minn.  55402<br><br>THE TELEX CORP., ET AL<br><br>Floyd L. Walker, Esquire<br>Floyd L. Walker & Assoc., Inc.<br>405 Mayo Building<br>Tulsa, Oklahoma  74103<br><br>Robert F. Henson, Esquire<br>Henson, Webb & Tully<br>1200 Title Insurance Building<br>400 Second Avenue South<br>Minneapolis, Minn.  55401 | IBM<br><br>John D. French, Esquire<br>Faegre & Benson<br>1300 Northwestern Bank Bldg.<br>Minneapolis, Minnesota<br><br><br>Thomas D. Barr, Esquire<br>Frederick A.O. Schwarts, Jr., Esq.<br>Cravath, Swaine & Moore<br>One Chase Manhattan Plaza<br>New York, New York  10005 |